IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Manning, Charles L | Case Number: 04 B 35606 |
|---|---|---|
| | Manning, Dessie L | Judge: Hollis, Pamela S |
| | Printed: 3/11/08 | Filed: 9/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: March 6, 2008
Confirmed: January 24, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 33,840.00 | |
| Secured: | | 16,172.75 |
| Unsecured: | | 13,938.07 |
| Priority: | | 0.00 |
| Administrative: | | 1,994.00 |
| Trustee Fee: | | 1,735.18 |
| Other Funds: | | 0.00 |
| Totals: | 33,840.00 | 33,840.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas W Drexler | Administrative | 1,994.00 | 1,994.00 |
| 2. | Capital One Auto Finance | Secured | 8,288.53 | 8,288.53 |
| 3. | Premier Auto Finance | Secured | 7,884.22 | 7,884.22 |
| 4. | Cingular Wireless | Unsecured | 223.69 | 368.11 |
| 5. | National Capital Management | Unsecured | 280.47 | 461.50 |
| 6. | Capital One | Unsecured | 764.69 | 1,258.30 |
| 7. | Capital One Auto Finance | Unsecured | 1,376.98 | 2,265.83 |
| 8. | Capital One | Unsecured | 890.08 | 1,464.62 |
| 9. | Capital One | Unsecured | 467.17 | 768.72 |
| 10. | Capital One | Unsecured | 1,281.98 | 2,109.50 |
| 11. | RoundUp Funding LLC | Unsecured | 1,053.31 | 1,733.23 |
| 12. | American General Finance | Unsecured | 2,132.01 | 3,508.26 |
| 13. | Bank One | Unsecured | | No Claim Filed |
| 14. | SBC | Unsecured | | No Claim Filed |
| 15. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 16. | Action Card | Unsecured | | No Claim Filed |
| 17. | Mercantile Adjustment Bureau | Unsecured | | No Claim Filed |
| 18. | Ameritech | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 26,637.13 | $ 32,104.82 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 305.50 |
| 4% | 112.80 |
| 3% | 84.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Manning, Charles L | Case Number: 04 B 35606 |
|---|---|---|
| | Manning, Dessie L | Judge: Hollis, Pamela S |
| | Printed: 3/11/08 | Filed: 9/24/04 |

| | |
|---|---|
| 5.5% | 465.30 |
| 5% | 140.99 |
| 4.8% | 270.74 |
| 5.4% | 355.25 |
| | _____ |
| | $ 1,735.18 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

